UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Charles Clayton, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Metropolitan Life Insurance Co., et. al., )<br>)<br>Defendants )<br>) | CIVIL ACTION NO. |

### CORPORATE DISCLOSURE STATEMENT OF DAIMLERCHRYSLER CORPORATION

DaimlerChrysler has no parent corporation and no publicly owned company owns 10% or more of DaimlerChrysler stock.

DaimerChrysler Corporation is an indirect wholly owned subsidiary of DaimlerChrysler A.G.

Dated May 23, 2003

_____
Attorney for DaimerChrysler
Corporation

### CERTIFICATE OF SERVICE

I, Charles K. Mone, Counsel for the Defendant, do hereby certify that on May ___, 2005, a true copy of the above document was served on the plaintiff via Federal Express and email and on all defendants via email.

_____
Charles K. Mone