UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Charles Clayton,<br><br>    Plaintiff,<br><br>vs.<br><br>Metropolitan Life Insurance Co., et. al.,<br><br>    Defendants | )<br>)<br>)  C.A. NO. 05-CV-11078 - DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CONSENT TO REMOVAL

NOW COMES the Defendant, Garlock Sealing Technologies, LLC, Successor by Merger to Garlock Inc, and hereby consents to the removal of this action to the United States District Court for the Massachusetts from the Superior Court of Middlesex County, Massachusetts, per the Notice of Removal filed by Defendant, DaimlerChrysler Corporation.

 

The Defendant,
GARLOCK SEALING TECHNOLOGIES
LLC, Successor by Merger to GARLOCK
INC,
By its Attorneys,

_/s/ Craig R. Waksler_
Craig R. Waksler, Esq.
B.B.O. # 566087
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street, 5th Floor
Boston, Massachusetts 02110
(617) 654-8200
(617) 482-5350 – Fax