UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Charles Clayton, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Metropolitan Life Insurance Co., )<br>et. al., )<br>)<br>Defendants )<br>_____) | C. A. No. 05-CV-11078-DPW |

**NOTICE OF CONSENT TO REMOVAL**

NOW COMES the Defendant, Rapid-American Corporation, and hereby consents to the removal of this action to the United States District Court for the Commonwealth of Massachusetts from the Superior Court of Middlesex County, Massachusetts, per the Notice of Removal filed by Defendant, DaimlerChrysler Corporation.

Respectfully submitted,

By its Attorneys,

**RAPID-AMERICAN CORPORATION,**

*Barbara S. Hamelburg*
Barbara S. Hamelburg
(BBO No. 218670)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1132