UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Charles Clayton,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Metropolitan Life Insurance Co., et. al.,  )<br>  )<br>  Defendants  )<br>  ) | CIVIL ACTION NO.<br>05-CV-11078-DPW |

NOTICE OF CONSENT TO REMOVAL

NOW COMES the Defendant, General Motors Corporation, and hereby consents to the removal of this action to the United States District Court for the Massachusetts from the Superior Court of Middlesex County, Massachusetts, per the Notice of Removal filed by Defendant, DaimlerChrysler Corporation.

GENERAL MOTORS CORPORATION
By Its Attorneys,

CAMPBELL CAMPBELL EDWARDS
& CONROY
PROFESSIONAL CORPORATION

Holly M Polglase, BBO #553271
Charles K. Mone, BBO #351660
One Constitution Plaza
Boston, MA 02129