UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Charles Clayton,<br><br>  Plaintiff,<br><br>vs.<br><br>Metropolitan Life Insurance Co., et. al.,<br><br>  Defendants | )<br>)<br>)   CIVIL ACTION NO.<br>)   05-CV-11078-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF CONSENT TO REMOVAL

NOW COMES the Defendant, Eckel Industries, Inc., and hereby consents to the removal of this action to the United States District Court for the Massachusetts from the Superior Court of Middlesex County, Massachusetts, per the Notice of Removal filed by Defendant, DaimlerChrysler Corporation.

ECKEL INDUSTRIES, INC.
By Its Attorneys,

*/s/ David M. Governo*
David M. Governo    BBO No. 205590
Jennifer A.P. Carson  BBO No. 643862
Governo Law Firm LLC
260 Franklin Street, 15th Floor
Boston, MA 02110
(617) 737-9045