UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Charles Clayton, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Metropolitan Life Insurance Co., et. al., )<br>)<br>Defendants )<br>) | CIVIL ACTION NO.<br>05-CV-11078-DPW |

### NOTICE OF CONSENT TO REMOVAL

NOW COMES the Defendant, Ingersoll-Rand Company, and hereby consents to the removal of this action to the United States District Court for the Massachusetts from the Superior Court of Middlesex County, Massachusetts, per the Notice of Removal filed by Defendant, DaimlerChrysler Corporation.

INGERSOLL-RAND COMPANY
By Its Attorneys,

Richard B. Kirby, BBO#276600
KEEGAN WERLIN & PABIAN, LLP
265 Franklin Street
Boston, MA 02110
(617) 951-1400