UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Charles Clayton, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Metropolitan Life Insurance Co., et. al., )<br>)<br>Defendants )<br>) | CIVIL ACTION NO.   05-0925 |

NOTICE OF CONSENT TO REMOVAL

NOW COME the Defendants, Owens-Illinois, Inc. and Owens-Illinois Glass Company, and hereby consent to the removal of this action to the United States District Court for Massachusetts from the Superior Court of Middlesex County, Massachusetts, per the Notice of Removal filed by Defendant, DaimlerChrysler Corporation.

    Respectfully submitted,
OWENS-ILLINOIS, INC. and
OWENS-ILLINOIS GLASS COMPANY

_____
Peter J. Rubin, Bar No. 432980
Todd S. Holbrook, Bar No. 563828
Glenn Israel, Bar No. 565388
BERNSTEIN, SHUR, SAWYER & NELSON
100 Middle Street, P.O. Box 9729
Portland, ME  04104-5029
(207) 774-1200