ATTORNEYS AT LAW

# Thornton & Naumes LLP

100 Summer St. • 30th Floor • Boston, MA 02110 • 617-720-1333
Toll Free 800-431-4600   FAX# 617-720-2445
www.tenlaw.com

Michael P. Thornton (NH, ME & MA)
John T. Barrett (NH & MA)
Robert T. Naumes
Neil T. Leifer (ME, NJ & MA)
David J. McMorris (NY & MA)
Edwin L. Wallace
Robert M. Byrne, Jr.
David C. Strouss
Joseph R. Donohue (ME & MA)
Patricia M. Flannery
Andrew S. Wainwright
Michael A. Lesser
Marilyn T. McGoldrick
Garrett J. Bradley
Brad J. Mitchell
Kristen Marquis Fritz
Zoran Malesevic
Allyson S. Hauck

Of Counsel
Elizabeth M. Shost
Admitted in NY & PA only

FILED
Clerk's Office
USDC, Mass.
Date 6/3/05
By_____
Deputy Clerk

June 3, 2005

**VIA HAND DELIVERY**

Jennifer Filo, Asbestos Clerk
United States District Court
1 Courthouse Way
Boston, MA  02210

    RE:  CHARLES CLAYTON
    Vs.  Metropolitan Life Insurance Company, et al.
        Civil Action No.: 05cv11078

Dear Ms. Filo:

    Enclosed please find the original Summonses and returns of service in regard to the above-captioned matter. Kindly docket in your usual manner. This case was removed from Middlesex Superior Court by the Defendants on May 23, 2005.

    If you have any questions or concerns, please feel free to call. Thank you for your anticipated cooperation.

Very truly yours,

Andrew S. Wainwright

ASW/cac
Enclosures