UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY<br>LITIGATION NO. VI | CIVIL ACTION<br>NO. MDL 875 |

This document relates to: <u>District of Massachusetts:</u>

CHARLES CLAYTON,
Plaintiff,

VS.   C.A. NO. 05-CV-11078-DPW

METROPOLITAN LIFE INSURANCE CO., ET AL,
Defendants

ACKNOWLEDGEMENT OF SERVICE

Pursuant to Pre-Trial Order No. 4, the defendant John Crane, Inc. hereby acknowledges receipt on or about April 27, 2005, of a Summons and a copy of the Plaintiff's Complaint in this action.

The defendant adopts its corresponding Model Answer on file and the Model Crossclaim of the Defendants.

The defendant DEMANDS A TRIAL BY JURY on all issues brought by or against the defendant in this action.

Dated: June 8, 2005

Respectfully submitted,

David H. Stillman
BBO# 555554
STILLMAN & ASSOCIATES, P.C.
51 Mill Street, Suite 5
Hanover, MA 02339
(781) 829-1077
(f) (781) 829-2077

CERTIFICATE OF SERVICE

I, David H. Stillman, attorney for the Defendant, John Crane, Inc., do hereby certify, that on this date, June 8, 2005, I caused a copy of the said document to be served upon all counsel of record via first class mail.

David H. Stillman, Esq.