UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES CLAYTON,<br>        Plaintiff,<br><br>V.<br><br>METROPOLITAN LIFE INSURANCE CO., ET AL,<br>        Defendants. | CIVIL ACTION<br><br>NO. 05-11078-DPW |

### ORDER FOR RE-ASSIGNMENT TO JUDGE NANCY GERTNER

WOODLOCK, District Judge

    The above captioned matter was assigned to Judge Woodlock on a random draw. However, a review of the docket and pleadings in connection with this case indicates that this case is related to prior cases pending before Judge Nancy Gertner.

    Accordingly, it is hereby ORDERED that the above-entitled action be, and hereby is, RE-ASSIGNED to Judge Nancy Gertner for further proceedings.  Unless otherwise ordered, any further filings shall be directed to Judge Gertner's session. From this date forward the case number on all pleadings should be followed by the initials  NG  .


                            BY THE COURT,

                            /s/ Michelle Rynne
                            Deputy Clerk


DATED: June 14, 2005