UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES CLAYTON | : |
| | : Civil Action Docket No; |
| v. | : 1:05-cv-11078-DPW |
| | : |
| METROPOLITAN LIFE INSURANCE COMPANY, et al. | : |

### ENTRY OF APPEARANCE

The undersigned hereby enter their appearance on behalf of Bayer CropScience, Inc., as successor to Amchem Products, Inc., in the above-captioned matter.

DEFENDANT,
Bayer CropScience, Inc.

By its Attorneys,

_____
MARK O. DENEHY, ESQ. (BBO #120380)
VICTORIA M. ALMEIDA, ESQ. (#545333)
R. BART TOTTEN, ESQ. (#631605)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: 6-13-05

### CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2005 true and accurate copies of the enclosed entry of appearance were mailed to the counsel of record on the attached schedule.

_____

20578_1.doc

## **SCHEDULE OF COUNSEL SERVED**

**For Plaintiff Charles Clayton:**

Andrew S. Wainwright, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110

**For Defendants:**

Metropolitan Life Insurance Company
Craig R. Waksler, Esq.
Taylor, Duane, Barton & Gilman
160 Federal Street, 5th Floor
Boston, MA  02110

Metropolitan Life Insurance Company
Lawrence Gingrow, Esq.
Taylor, Duane, Barton & Gilman
111 Devonshire Street
Boston, MA  02109

John Crane Inc.
David H. Stillman, Esq.
Ciapciak and Associates
99 Access Road
Norwood, MA  02062

Garlock Sealing Technologies LLC
Caig R. Waksler, Esq.
Taylor, Duane, Barton & Gilman
160 Federal Street, 5th Floor
Boston, MA  02110

Rapid-American Corporation
Barbara S. Hamelburg, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA  02210-2600

Ford Motor Company
Charles K. Mone, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA  02129

Ford Motor Company
Holly M. Polglase, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA  02129

Hampden Automotive Sales Corp.
David M. Governo, Esq.
Governo Law Firm LLC
260 Franklin Street
Boston, MA  02110

Hampden Automotive Sales Corp.
Jeniffer A.P. Carson, Esq.
Governo Law Firm LLC
260 Franklin Street, 15th Floor
Boston, MA  02110

General Motors Corporation
Charles K. Mone, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA  02129

General Motors Corporation
Holly M. Polglase, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA  02129

Eckel Industries, Inc.
Jeniffer A.P. Carson, Esq.
Governo Law Firm LLC
260 Franklin Street, 15th Floor
Boston, MA  02110

DaimlerChrysler Corporation
Charles K. Mone, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA  02129

Eckel Industries, Inc.
David M. Governo, Esq.
Governo Law Firm LLC
260 Franklin Street
Boston, MA  02110

Ingersol-Rand Company
Richard B. Kirby, Esq.
Keegan, Werlin & Pabian, LLP
265 Franklin Street
Boston, MA  02110-3113

*20577_1.doc*