UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CHARLES CLAYTON,          :
                          :   Civil Action Docket No.
                          :   1:05-cv-11078-DPW
vs.                       :
                          :
METROPOLITAN LIFE INSURANCE COMPANY et al  :

### ACKNOWLEDGMENT OF SERVICE

Defendant, Union Carbide Corporation, hereby acknowledges receipt of summons and a copy of Plaintiff's Complaint in this action.

Defendant adopts the Model Cross-Claim of Defendants.

Defendant demands a trial by jury on all issues brought by or against Defendant in this action.

DEFENDANT,
Union Carbide Corporation
By its Attorneys,

_____
Mark O. Denehy (BBO #120380)
R. Bart Totten (BBO #631605)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI  02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: June 17, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2005 a true and accurate copy of the within was mailed to Attorney for Plaintiff: Andrew S. Wainwright, Esquire, Thornton & Naumes, LLP, 100 Summer Street, 30th Floor, Boston, MA 02110 and electronically served on all counsel of record.

_____

20635_1.doc