UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CHARLES CLAYTON,

vs.

METROPOLITAN LIFE INSURANCE COMPANY et al

Civil Action Docket No. 05
1:05-cv-11078-DPW

## ACKNOWLEDGMENT OF SERVICE

Defendant, Bayer Cropscience, Inc., hereby acknowledges receipt of summons and a copy of Plaintiff's Complaint in this action.

Defendant adopts the Model Cross-Claim of Defendants.

Defendant demands a trial by jury on all issues brought by or against Defendant in this action.

DEFENDANT,
Bayer Cropscience, Inc.
By its Attorneys,

Mark O. Denehy (BBO #120380)
R. Bart Totten (BBO #631605)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: June 17, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2005 a true and accurate copy of the within was mailed to Attorney for Plaintiff: Andrew S. Wainwright, Esquire, Thornton & Naumes, LLP, 100 Summer Street, 30th Floor, Boston, MA 02110 and electronically served on all counsel of record.

20636_1.doc