UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CLAYTON,** )<br>    **Plaintiff,** )<br> )<br> v. )<br> )<br>**METROPOLITAN LIFE INSURANCE CO.,** )<br>    **Defendants.** ) | C.A. No. 05-11078-NG |

**GERTNER, D.J.**

### ORDER OF REMAND

For the reasons set forth in this Court's electronic order of July 12, 2005, plaintiff's Motion to Remand [docket entry # 18] the above-entitled case is **GRANTED**.

This case is hereby **REMANDED** to Middlesex County Superior Court.


**SO ORDERED.**

**Date: July 13, 2005**               /s/NANCY GERTNER, U.S.D.J.